United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40450
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANGEL ESCOBEDO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-2276-1
--------------------

Before JONES, Chief Judge, and DAVIS and BARKSDALE, Circuit
Judges.

PER CURIAM:*

Miguel Angel Escobedo challenges the 65-month sentence he
received following his guilty-plea conviction for conspiracy to
transport illegal aliens for profit, in violation of 8 U.S.C.
§ 1324. He asserts that his sentence was unreasonable because it
resulted from a larger leadership-role enhancement than his
codefendant/mother received under U.S.S.G. § 3B1.1.

Escobedo has failed to show that his sentence, which fell in
the middle of the properly calculated guidelines range, was

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unreasonable.  See United States v. Nikonova, 480 F.3d 371, 375 (5th Cir. 2007); United States v. Mares, 402 F.3d 511, 518-19 (5th Cir.), cert. denied, 126 S. Ct. 43 (2005); see also United States v. Duhon, 440 F.3d 711, 721 (5th Cir. 2006), petition for cert. filed (May 18, 2006) (No. 05-11144).

The district court's judgment is AFFIRMED.